# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D2025-2131

—————————————————

ANTHONY AUBREY YAWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

June 16, 2026

PER CURIAM.

DISMISSED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Anthony Aubrey Yawn, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.